RECEIVED
IN LAKE CHARLES, LA
APR 14 2008
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| DAVID WAYNE GUILLORY | : | DOCKET NO. 2:07 CV 1683 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| MITCH PELLERIN ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the Court is a motion for partial summary judgment, to dismiss the first and second supplemental and amending petitions for lack of service, and to dismiss certain claims for failure to state a claim upon which relief may be granted, filed by Invacare Corporation (hereinafter "Invacare") [doc. 82]. David Wayne Guillory did not file an Opposition. For the reasons stated in the accompanying Memorandum Ruling,

IT IS ORDERED that Invacare's motion [doc. 82] is hereby GRANTED.

Lake Charles, Louisiana, this 11 day of April, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE