**RECEIVED**
IN LAKE CHARLES, LA

JUL 23 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| DAVID WAYNE GUILLORY | : DOCKET NO. 2:07-cv-1683 |
| VS. | : JUDGE MINALDI |
| MITCH PELLERIN, ET AL. | : MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and having determined that the findings are correct under applicable law; it is **ORDERED** that defendant Invacare's request for costs associated with plaintiff's failure to appear at an independent medical examination [doc. 94] IS GRANTED and that judgment is rendered herein in favor of Invacare Corporation and against plaintiff David Wayne Guillory and his attorney C. James Hicks *in solido* in the full and true sum of FIVE THOUSAND AND NO/100 ($5,000.00) DOLLARS.

It is **FURTHER ORDERED** that the portion of defendant's motion seeking dismissal is denied as MOOT.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of July, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE